**2006–0798. In re S.J.K.**

Summit App. No. 22721, 2006-Ohio-653. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed April 3, 2006:

"Whether an assessment of points against a traffic offender's record qualifies as a 'collateral disability' or a 'loss of civil rights stemming from [the] conviction' sufficient to demonstrate that the traffic offender continues to have a 'substantial stake in the judgment of conviction' even after paying the fines and costs also levied in the judgment of conviction."

RESNICK and PFEIFER, JJ., dissent.

O'CONNOR, J., not participating.

The conflict cases are *State v. Ingalls,* Stark App. No. 2003CA00311, 2004-Ohio-3441; *Cleveland v. Jennings* (Feb. 17, 2000), Cuyahoga App. No. 76810; *Westlake v. Connole* (Sept. 2, 1999), Cuyahoga App. Nos. 74727 and 74910; *State v. Brown* (Sept. 26, 1991), Mahoning App. No. 90 CA 107; and *State v. Simmons* (Dec. 26, 1989), Pickaway App. No. 88CA8.

Sua sponte, cause consolidated with 2006–0673, *In re S.J.K.,* Summit App. No. 22721, 2006-Ohio-653.

**2006–0804. State v. Franklin.**

Greene App. No. 2004 CA 127, 2005-Ohio-6832. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–0822. State v. Powell.**

Montgomery App. No. 20857, 2006-Ohio-263. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–0824. Bellville v. Kieffaber.**

Richland App. No. 2005CA0061, 2005-Ohio-6879. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed March 29, 2006:

"In a traffic law enforcement citation for 'excessive speed,' does the complaint fail, as a matter of law, to charge a necessary element of the offense if it does not also allege that the speed is 'prima-facie' unlawful and the speed alleged is **not** charged as a 'per se' violation of the applicable traffic code?"

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *State v. Oglesby* (Sept. 1, 2000), Erie App. Nos. E–99–077 and E–99–076.

**2006–0829. Ohio Partners for Affordable Energy v. Pub. Util. Comm.**

Public Utilities Commission, No. 05–792–EL–ATA. On motion for admission pro hac vice of David C. Rinebolt by Colleen L. Mooney on behalf of Ohio Partners for Affordable Energy. Motion granted.

**2006–0833. State v. Mitchell.**

Guernsey App. No. 05–CA–2, 2006-Ohio-64. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–0857. Shaheen v. Snyder.**

Tuscarawas App. No. 2005AP090070, 2006-Ohio-1492. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2006–0295. State v. White.**

Summit App. No. 22591, 2005-Ohio-6990.

O'CONNOR, J., not participating.

**2006–0489. Reagans v. Mountainhigh Coach Works, Inc.**

Miami App. No. 05CA12, 2006-Ohio-423.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.